[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 28, 2011
JOHN LEY
CLERK

No. 10-12374
_____

D.C. Docket Nos. 1:09-md-02036-JLK,
1:10-cv-20820-JLK

In Re:  CHECKING ACCOUNT OVERDRAFT LITIGATION

_____

DORIS POWELL-PERRY,
Individually and on behalf of all other similarly situated,
CURNIE SANDERS,

                                        Plaintiffs-Appellees,

                        versus

BRANCH BANKING AND TRUST COMPANY,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(April 28, 2011)

PRYOR and COX, Circuit Judges, and WATKINS,[*] District Judge.

PER CURIAM:

After oral argument in this case, the United States Supreme Court decided *AT&T Mobility LLC v. Conception*, No. 09-893, 2011 WL 1561956 (April 27, 2011). The district court's order denying the motion to compel arbitration is VACATED, and this case is remanded to the district court for reconsideration in light of the Supreme Court's opinion.

VACATED AND REMANDED.[1]

---

[*]Honorable W. Keith Watkins, United States District Judge for the Middle District of Alabama, sitting by designation.

[1] This is an unlimited remand.